AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>JAREH SEBASTIAN DALKE<br>*Defendant(s)* | Case No. 1:22-mj-00162-NRN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 6, 2022** in the county of **El Paso** in the **State and** District of **Colorado**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Counts 1-3: 18 U.S.C. § 794(a) | Attempt to Transmit National Defense Information to An Officer or Agent of a Foreign Government |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

*Rebecca Shaw*
Complainant's signature

s/Rebecca Shaw
Printed name and title

Sworn to before me and ☐ signed in my presence. ☑ submitted, attested to, and acknowledged by reliable electronic means.

Date: 09/27/2022

*N. Reid Neureiter*
Judge's signature

City and state: Denver, Colorado

Magistrate Judge N. Reid Neureiter
Printed name and title