DEFENDANT:        JAREH SEBASTIAN DALKE

YOB:              1992

ADDRESS
(CITY/STATE):     Colorado Springs, Colorado


OFFENSES:         **Counts 1–3:**  18 U.S.C. § 794(a) (Attempt to Transmit National
                  Defense Information to An Officer or Agent of a Foreign
                  Government)

LOCATION OF       El Paso County, Colorado
OFFENSE:

PENALTY:          **Counts 1–3:**  Death or life imprisonment; NMT five years of
                  supervised release; $100 Special Assessment fee

AGENT:            Rebecca Shaw
                  Special Agent, Federal Bureau of Investigation

AUTHORIZED        Julia K. Martinez
BY:               Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__ five days or less;  _X_ over five days


 THE GOVERNMENT **will** seek detention in this case pursuant to 18 U.S.C.
§ 3142(f)(1).

The statutory presumption of detention **is** applicable to this defendant.