IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-mj-00162-NRN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAREH SEBASTIAN DALKE,

       Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       *s/ David Kraut*
       DAVID KRAUT
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:	(303) 294-7002
       FAX:	(303) 294-1192
       Email:	David_Kraut@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

     I hereby certify that on September 29, 2022, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Julia K. Martinez, Assistant United States Attorney
    E-mail:  julia.martinez@usdoj.gov

     I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Jareh Sebastian Dalke (via U.S. mail)

                                            *s/ David Kraut*
                                            DAVID KRAUT
                                            Assistant Federal Public Defender
                                            633 17th Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone:     (303) 294-7002
                                            FAX:               (303) 294-1192
                                            Email:             David_Kraut@fd.org
                                            Attorney for Defendant