AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 OCT -4 PM 2:20
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| JAREH SEBASTIAN DALKE | ) Case No. 1:22-mj-00162-NRN |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAREH SEBASTIAN DALKE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Attempting to Transmit National Defense Information to An Officer or Agent of a Foreign Government in violation of 18 U.S.C. § 794(a)

Date: 09/27/2022

*Issuing officer's signature*

City and state:   Denver, Colorado

Magistrate Judge N. Reid Neureiter
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/28/22, and the person was arrested on *(date)* 9/28/22 at *(city and state)* Denver, CO. |
| Date: 9/28/22        *Arresting officer's signature* |
| Greg Kloepper, FBI |
| *Printed name and title* |