IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-mj-00162-NRN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JAREH SEBASTIAN DALKE,

       Defendant.

## MOTION TO RESTRICT ACCESS

       Mr. Jareh Sebastian Dalke, by and through undersigned counsel, David Kraut and Timothy P. O'Hara, Assistant Federal Public Defenders, hereby requests that Docket Numbers 13 and 14 be restricted at Level 2.

       Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ David Kraut
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:           (303) 294-1192
Email:         David_Kraut@fd.org
Attorney for Defendant

s/ Timothy P. O'Hara
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: timothy_ohara@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2022, I filed the foregoing ***Motion to Restrict Access*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

    Julia K. Martinez, Assistant United States Attorney
    Email:  julia.martinez@usdoj.gov

    Jena R. Neuscheler, Assistant United States Attorney
    Email: jena.neuscheler@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Jareh Sebastian Dalke (via U.S. mail)

                              *s/ David Kraut*
                              DAVID KRAUT
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:    (303) 294-7002
                              FAX:           (303) 294-1192
                              Email:         David_Kraut@fd.org
                              Attorney for Defendant